1   **LAW OFFICES OF MICHAEL D. KWASIGROCH**
    BAR NO. 134227
2   1445 E. Los Angeles Avenue, Suite 301P
    Simi Valley, CA  93065
3   (805) 522-1800
    *Attorney for life@AOL.com*
4   Attorney for Susan Soares

5

6

7

8                   UNITED STATES BANKRUPTCY COURT

9              CENTRAL     DISTRICT OF CALIFORNIA

10  Susan Soares, Plaintiff          ) Case No.:   CV13-02059 JFW (VBKx)
                                     )
11  Vs.                              )
                                     ) COMPLAINT  FOR VIOLATION OF CIVIL
12  City of Redondo Beach, Redondo Beach ) RIGHTS 42 USC 1983
                                     )
13  Police Department,  Rogert Carlborg, Jim )
                                     )
14  Booth, and does 1 through 10     )                    BY FAX
                                     )
15                                   )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18                                   )
                                     )
19                                   )
                                     )
20  _____ )

21

22

23      Comes now plaintiff and as a and for a cause of action alleges as follows:

24      Plaintiff  is an individual and an adult over the age of 18.

25      Defendant Rogert Carlborg is an individual and an adult believed to be over the age of

26  18. At all times mentioned herein, defendant Rogert Carlborg was acting under the color

27  of police authority as a member and employee of the Redondo Beach Police Department.

28

                                      1

                                  COMPLAINT

1

**LAW OFFICES OF MICHAEL D. KWASIGROCH**
BAR NO. 134227

2
1445 E. Los Angeles Avenue, Suite 301P
Simi Valley, CA  93065

3
(805) 522-1800

4
Attorney for Susan Soares

5

6

7
UNITED STATES BANKRUPTCY COURT

8
CENTRAL    DISTRICT OF CALIFORNIA

9

10

Susan Soares, Plaintiff ) Case No.:

11
)

Vs. )
12
) COMPLAINT  FOR VIOLATION OF CIVIL
) RIGHTS 42 USC 1983
City of Redondo Beach, Redondo Beach )
13
)

Police Department,  Rogert Carlborg, Jim )
14
)

Booth, and does 1 through 100 )
15
)
)
16
)
)
17
)
)
18
)
)
19
)
)
20 _____ )

21

22

Comes now plaintiff and as a and for a cause of action alleges as follows:
23

Plaintiff  is an individual and an adult over the age of 18.
24

Defendant Rogert Carlborg is an individual and an adult believed to be over the age of
25

18. At all times mentioned herein, defendant Rogert Carlborg was acting under the color
26

of police authority as a member and employee of the Redondo Beach Police Department.
27

28

1

1   Defendant Jim Booth is an individual and an an adult believed to be over the age of

2   18. At all times mentioned herein, defendant Jim Booth was acting under the color of

3   police authority as a member and employee of the Redondo Beach Police Department.

4   Defendant City of Redondo Beach, Plaintiff is informed and believes, is a city duly

5   incorporated in the state of California.

6   The true names and capacities of those defendants  sued herein as Does 1  through

7   100  are currently unknown to Plaintiff  herein but when the same are ascertained leave

8   will be sought to amend this complaint to set forth said true names and capacities of said

9   defendants.

10   Plaintiff is  informed and believes that at all relevant times each and every defendant

11   was acting as the agent, employee, representative, or otherwise acting on behalf of, either

12   overtly or tacitly, and with actual or implied knowledge of each and every other defendant

13   alleged herein.  In addition to, or in the alternative, plaintiff is informed and believes, and

14   hereby alleges that each named defendant herein acted within the scope of an actual or

15   implied conspiracy, with each and every such defendant committing an act or acts

16   sufficient under the law to impute to each and every defendant liability caused by the acts

17   or failures to act of each and every other defendant.

18   Jurisdiction properly exists in this court as the remedies sought herein as well as the

19   amounts and nature of any monetary remedies are within the jurisdiction of this court. As

20   this is a case brought under 42 USC section 1983, it raises a "federal question".

21   Venue is proper in this court pursuant to the laws of venue properly applied herein, as the

22   defendant actions occurred in the county of Los Angeles in the Central District of

23   California.

24   As a result of the actions of defendants herein, and each of them,  plaintiff     has

25   suffered actual, general, special, monetary, nonmonetary, pain and suffering,  loss of

26   earning or earning capacity, emotional distress, loss of profit,  and out of pocket- actual

27   cost  damages, in an amount which is as yet unascertained,  but when the same are

28

2

COMPLAINT

1   ascertained, plaintiff will seek  leave to amend this complaint, or will show the same,

2   according to proof, at time of trial.

3       As a result of the actions of defendants herein, and each of them,  plaintiff  has, for

4   the purpose of enforcing her remedies at law  and equity,  been forced to hire the services

5   of an attorney, thereby incurring further costs and fees for said purpose of enforcing her

6   remedies, with the current or final amount of said costs and fees being unknown to

7   plaintiff, but when the same are ascertained, plaintiffs will seek leave to amend this

8   complaint  or will show the same, according to proof, at time of trial.

9       The damages alleged herein were the direct, actual, foreseeable, and proximate result

10  of those actions of defendants alleged herein.

11      The actions of defendants, and each of them, either in part or in whole, were

12  committed with malice, fraud, oppression, intent to harm, or with reckless disregard for

13  the harm that would result to plaintiff such that it is right and proper for this court to

14  award punitive damages, in an amount not set forth, but subject to proof at time of trial,

15  to either deter such future conduct or for the purpose of punishing or awarding sanctions

16  against and for  the conduct of those parties against whom these punitive damages are

17  sought, to wit, Rogert Carlborg and Jim Booth.

18      Plaintiff is informed and believes that the city of Redondo Beach is a properly

19  incorporated city under the laws of the state of California, and was so properly

20  incorporated at all relevant times herein.

21      Plaintiff is informed and believes, and hereby states thereon that the Redondo Beach

22  Police Department is a sub entity of the City of Redondo Beach acting under the color of

23  police authority as bestowed upon them by the laws of the State of California.

24      Based upon the foregoing, plaintiff is informed and believes, and hereby alleges based

25  thereon, that all actions of defendants here in were committed under the actual or

26  asserted authority to so act under the police powers and authorities of peace officers of

27  the state of California.

28

3

GENERAL FACTUAL ALLEGATIONS

Plaintiff is an individual who believes in the legalization of Cannabis Sativa, or the expansion of its use for medical purposes and needs, and is engaged in petitioning activities with the government for the legalization, or expansion of the legal medical use, of Cannabis Sativa. As a result of plaintiffs beliefs in the legalization or expansion of the legal medical use of Cannabis Sativa, she is involved in certain groups, who promote literature and information for the public, assists in the lobbying of government entities for the legalization of or expansion of medical use of Cannabis Sativa, and assists in the promoting of seminars and public and private meetings for the purpose of expanding the knowledge of the laws of legalization, the legal use, and the proper medical use of Cannabis Sativa. Plaintiff also assists in the promotion of fund raising and fund raising events  for the legalization and expansion of legal medical Cannabis Sativa. Plaintiff is chairwoman of the fund raising committee for the Coalition for Cannabis Policy Reform. Plaintiff has other various affiliations with groups who support the legalization or expansion of legal medical use of Cannabis Sativa, which include, "Law Enforcement Against Prohibition", NAACP, ACLU, Students for Sensible Drug Policy, Drug Policy Alliance, NORML, Americans for Safe access, UFCW, NORML womens alliance, and numerous upstanding Doctors and Lawyers throughout the country.  As a result, Plaintiff is of recognition in the community of those seeking the legalization or expansion of the proper medical use of Cannabis Sativa, and affiliates herself with other legal groups seeking similar goals and petitioning the government. Pursuant to the foregoing plaintiff is of notoriety in the described area of the law and field of promoting the legal use of medical Cannabis Sativa. As set forth above, plaintiff is a political activist.

Some years ago, through a petition brought by the citizens of the State of California, medical Cannabis Sativa use was implemented as the law. In response to, and in many times retaliation for the passing of said law, plaintiff is informed and believes, the City of Redondo Beach through his legislative body passed an ordinance forbidding legal Cannabis Sativa dispensaries within its jurisdiction.

4

1       Plaintiff is further informed and believes that the City of Redondo Beach takes an

2   active political role in opposing the legalization or expansion of the medical use, or even

3   the proper medical use under current law, of Cannabis Sativa.

4       As an example, but not by way of limitation, plaintiff is informed and believes that

5   Redondo Beach was the first city in California to pass an ordinance against legal Cannabis

6   Sativa dispensaries.

7       Plaintiff is informed and believes that the city of Redondo Beach, and it's Police

8   Department, the Redondo Beach police department, and their police officers, use police

9   powers and color of authority for the purpose of intimidating, oppressing, dissuading,

10  threatening, and otherwise retaliating against those who are engaged in the legal use of

11  Cannabis Sativa for medical purposes.

12      Plaintiff is informed and believes that defendants use such tactics as, continued or

13  repetitive search warrants, stalking, surveillance, following, police stops as a pretext to

14  harassment , high visibility, and other actions of  police officers for the purpose of

15  intimidating those who within the city limits of Redondo Beach engage in or promote the

16  legal use of medical Cannabis Sativa. Plaintiff is a person who has been the subject of

17  such violative actions.

18      Plaintiff is informed and believes that the City of Redondo Beach has a political agenda

19  against the legalization or legalization for medical use of Cannabis Sativa, and as a political

20  body actively opposing the current law allowing medical Cannabis Sativa use.

21  Plaintiff at all times mentioned herein had appropriate and legal authorization to use

22  medical Cannabis Sativa and to engage in collective's for the purpose of growing or

23  cultivating Cannabis Sativa for medical use for several other persons. At all times

24  mentioned herein Plaintiff was under a Doctors care. At all times mentioned herein,

25  Plaintiff was under a proper Doctors recommendation for medical Cannabis Sativa, and

26  possessed a legal and properly issued, state health department card for the legal medical

27  use of Cannabis Sativa.

28

COMPLAINT

1    Plaintiff is informed and believes that the city of Redondo Beach and all of its agents as
2    set forth herein engage in a pattern and practice of using police powers to intimidate,
3    persuade, and otherwise "run" legal Cannabis Sativa users out of Redondo Beach.
4    For a period of time as alleged herein plaintiff lived in the City of Redondo Beach. Plaintiff
5    was subject to the abuse of police powers for the purpose of intimidating, persuading, and
6    otherwise attempting to "run" plaintiff out of Redondo Beach.
7    The actions of defendants, and each of them, constitute a continuing course of
8    conduct over the period of time alleged herein all aimed at plaintiff to intimidate,
9    improperly persuade, improperly use police powers, and otherwise harass vex and bother
10   Plaintiff  for her legal and appropriate medical use of Cannabis Sativa. Said alleged acts of
11   defendants are a continuing course of conduct over the period of time of March 22, 2011
12   through the present engaging in such unlawful and illegal acts against plaintiff.
13   At all times mentioned herein plaintiff was a legal California medical Cannabis Sativa user
14   and possessor. At all times mentioned herein plaintiff had properly complied with all state
15   laws for the purchase, possession, cultivation, storage and usage of medical Cannabis
16   Sativa.
17   In 2010 while Plaintiff was residing in El Segundo, Los Angeles County, a search was
18   conducted of her home under the specter of alleged illegal Cannabis Sativa  possession or
19   use. That search resulted in NO action against plaintiff as it was determined by the officers
20   who conducted the search (who were from a combined drug task force from several local
21   law enforcement agencies, including Redondo Beach) that plaintiff was engaged in the
22   legal use of Cannabis Sativa under California law. Defendant Rogert Carlborg was present
23   during this search as part of the task force, and witnessed the fact that Plaintiff was
24   released with no action as her use and possession of the Cannabis Sativa was legal.
25   However, the police conduct against plaintiff did not stop there.
26   On our about March 22, 2011, Defendant Rogert Carlborg caused to be issued and
27   executed on Plaintiff's residence, which she had moved to Redondo Beach, a subsequent
28   search warrant. It is believed by Plaintiff that Rogert Carlborg targeted Plaintiff for search

6

and arrest due to his dissatisfaction with the result of the first search in El Segundo. At the time of the first search in El Segundo, Plaintiff was actively promoting, and her house was full of, "proposition 19" advertisements, signs, posters, flags, volunteer lists, and more. It was obvious to all involved that Plaintiff was politically involved in promoting legal Cannabis Sativa, including to Rogert Carlborg.

The search warrant on 3-22-11 was executed on plaintiffs residence at a time when she was not home. Plaintiff is informed and believes that at the time defendant Carlborg issued and executed a search warrant, he or other members of the Redondo Beach police department had placed plaintiff under surveillance for the purpose of determining when she would not be home so they could execute the search while she was not home. At the time of the search on 3-22-11 plaintiff was only in possession of legal forms and amounts of Cannabis Sativa. However, Plaintiff is informed and believes that defendant Carlborg pushed for a criminal charge against Plaintiff even though there was no true evidence of improper possession or use of Cannabis Sativa.

After the first search in El Segundo, the Plaintiff was charged only with asserted issues unrelated to the use or possession of Cannabis Sativa. In fact, at the first search of Plaintiffs residence in El Segundo, Plaintiff was in the legal possession of large quantities of Cannabis Sativa and other related equipment. The officer in charge of the first search intentionally left all such Cannabis Sativa and other related equipment due to the presence and acknowledgment of Plaintiff's doctors recommendation and card for such use and possession.

During that case, Plaintiff witnessed Roger Carlborg being informed by the attorney for the people that the initial case based only on the 2010 search would be dismissed. Plaintiff witnessed Carlborg become extremely angry,  raise his voice, and make the statement "why, she had more than 100 plants". Less than a month later Carlborg executed a new search warrant on Plaintiff's new home in Redondo Beach.

For the second search on March 22, 2011, Carlborg went to a judge in a difference courthouse, Plaintiff is informed and believes, to avoid recognition. This was jurisdiction

7

1    shopping/forum shopping for a different result. Plaintiff is informed and believes that

2    Carlborg developed a personal animosity and hatred towards Plaintiff after the first

3    warrant resulted in no seizure or taking of any Cannabis Sativa or equipment.

4    As a result of the actions of Carlborg, Plaintiff was forced, due to a lack of finances and

5    assistance by legal help, to accept a resolution by what is commonly referred to as

6    "deferred entry of judgment". Plaintiff did this as the most expeditious way to resolve the

7    case to end it. Plaintiff did this even though she was not guilty.

8         As an aside,  day proposition 19 failed in the polls the charging information was

9    amended to add all the Cannabis Sativa Charges.

10   Surveillance, following, and police contacts between members of the Redondo Beach

11   police department, all without good cause and improper under the law, continued as

12   against plaintiff and continue through the current.

13        One incident which illustrates the point, but which is not but not by way of limitation,

14   is that on November 8, 2011 Plaintiff was stopped by defendant Jim booth. Plaintiff was on

15   her way out of town (from Redondo Beach) at the time she was pulled over when driving

16   her car. As part of the stop defendant Jim Booth, a Redondo Beach police officer, and

17   under color of authority and police powers, harassed, heckled, humiliated, demeaned, and

18   otherwise mistreated plaintiff by making comments to her such as "your a sexy package".

19   Defendant Booth sexually harassed Plaintiff by asking her if she would be interested in a

20   sexual encounter, and Defendant Booth further put on her Halloween costume, mask, and

21   danced around making fun of her. Defendant Booth, during the stop, made comments to

22   plaintiff such as "you're the Cannabis Sativa chick", and "are you high right now". At that

23   time plaintiff was not "high", and not under the influence of Cannabis Sativa or any other

24   drug or alcohol and was greatly offended and upset by this incidence of intimidation and

25   harassment. Again, no action was taken against Plaintiff and she was released,

26   approximately 45 minutes later.

27        Plaintiff was given an order for the return of her property. Carlborg instructed staff to

28   refuse to return property and insisted that a motion for return property be pursued.

8

1  As a result of the continuous following, stalking, and harassment by members of the

2  Redondo Beach Police Department, plaintiff moved out of the city of Redondo Beach,

3  although reluctantly has it had been her home.

4      As a result of the actions of defendants, plaintiff filed a claim against defendants, and

5  each of them, on two separate occasions. True and correct copies of these claims are

6  attached hereto and incorporated herein as though fully set forth at this point.

7  CLAIM UNDER 42 USC SECTION 1983

8      Plaintiff   hereby incorporates by reference, as though fully set forth at this point, all of

9  the foregoing allegations of the within complaint.

10  The actions of defendants, and all of them, were all committed under the color of police

11  authority, based upon the laws of the state of California.

12      The actions of defendants, and each of them, are multiple and continuous  violations

13  of 42 USC 1983 and  violations of federal law. These violations based upon the above facts

14  include but are not limited to the following Violation of the right against illegal search and

15  seizure.

16      Violation of equal protection by harassing  and intimidating a woman.

17      Violation of federal law in the equal protection of citizens exercising their rights to

18  political speech.

19      Violations of federal law and equal protection of a citizen's  right to freedom of speech.

20      Use of police power for unreasonable search and seizure when defendants knew or

21  should have known Plaintiff had a legal right to possess and use Cannabis Sativa.

22      Violation of the right to freedom of association as interpreted under the U.S.

23  Constitution.

24      Violation of the right to freedom from unreasonable search and seizure in all of the

25  police contacts me here.

26      Violation of the constitutional right to petition the government for regressive

27  grievances.

28

1   Retaliation against plaintiffs former exercise of her political right to petition the

2   government for redress of grievances.

3   Violation of  the right of freedom of commerce in the purchase and possession of legal

4   substance for medical needs.

5   Plaintiff is a member of the following protected classes which have been violated by

6   the actions of defendants here.

7   Plaintiff is a woman.

8   Plaintiff is a member of a class who believes certain political principles involving the

9   use of Cannabis Sativa

10   After moving into the city of Redondo Beach, Plaintiff began being surveiled and

11   followed for no reason by members of the Redondo Beach Police Department. Plaintiff

12   believes Rogert Carlborg is one of the officers that followed her for no reason. Plaintiff

13   saw, in inordinate amounts and times, police cars, both marked and allegedly "unmarked",

14   following her at all hours of the day and night.

15   Defendants Rogert Carlborg and Jim Booth acted as agents for the other

16   defendants in carrying out their political agenda through the use of police powers, illegal

17   search and seizure, and harassment by stalking, following, surveiling, and otherwise

18   bothering Plaintiff. Defendants Rogert Carlborg and Jim Booth, by their individual actions,

19   and as individuals, as set forth above, committed police misconduct, violated Plaintiffs

20   rights under law, committed illegal search and seizure, harassment, and stalking following

21   surveiling and otherwise bothering plaintiff.

22   Plaintiff is ill and suffers from illnesses that react positively to Cannabis Sativa

23   therapy and therefore a member of a class of ill United States individuals. Her rights have

24   been violated as to medical treatment.

25   Wherefore, plaintiff  prays for the following relief:

26   Actual damages according to proof.

27   General damages according to proof.

28   out of pocket expenses and costs.

10

Pain and suffering damages.

Loss of earnings, present and future, and earning capacity damages.

 Emotional distress damages.

loss of profit damages.

injunctive or other non-monetary relief as requested herein.

reasonable or actual attorney fees as found appropriate by the court based on any appropriate legal theory.

 Costs of suit incurred herein.

And for such other and further relief as the court deems just and proper.


Dated:  3-19-13




Michael D. Kwasigroch

Attorney for Plaintiff Susan Soares

11

COMPLAINT

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Susan Soares

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

City of Redondo Beach, Redondo Beach Police Department,  Rogert Carlborg, Jim Booth, and does 1 through 10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Law Offices Of  MICHAEL D. KWASIGROCH Esq.  Bar no.134227
1445 East Los Angeles Avenue, Suite No. 301P
Simi Valley, California 93065 805-522-1800

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Unknown

BY FAX

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
42 USC section 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/Etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Org.
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Info. Act
☐ 896 Arbitration
☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.)
☐ 153 Recovery of Overpayment of Vet. Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☒ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accomodations
☐ 445 American with Disabilities-Employment
☐ 446 American with Disabilities-Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405 (g))
☐ 864 SSID Title XVI
☐ 865 RSI (405 (g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:**  Case Number: **CV13-02059**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Susan Soares

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

City of Redondo Beach, Redondo Beach Police Department,  Rogert Carlborg, Jim Booth, and does 1 through 100

**(b) Attorneys** (Firm Name, Address and Telephone Number.  If you are representing yourself, provide same.)
Law Offices Of  MICHAEL D. KWASIGROCH Esq.  Bar no.134227
1445 East Los Angeles Avenue, Suite No. 301P
Simi Valley, California 93065 805-522-1800

**(b) Attorneys** (Firm Name, Address and Telephone Number.  If you are representing yourself, provide same.)
Unknown

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☐ No      ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
42 USC section 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/Etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Org.
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Info. Act
- ☐ 896 Arbitration
- ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.)
- ☐ 153 Recovery of Overpayment of Vet. Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accomodations
- ☐ 445 American with Disabilities-Employment
- ☐ 446 American with Disabilities-Other
- ☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus/Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405 (g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405 (g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:  Case Number:** _____

**AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?    ☒ NO    ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?    ☒ NO    ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE**: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note**: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____ DATE: 3-11-13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV13- 2059 JFW (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| **Western Division** | **Southern Division** | **Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.