JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Soares, | Case No. **CV 13-2059-JFW (VBKx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| City of Redondo Beach, Officer Robert Carlborg, and Officer Jim Booth, | |
| Defendant. | |

    WHEREAS, on October 18, 2013, the Court granted Defendants City of Redondo Beach, Officer Robert Carlborg, and Officer Jim Booth's ("Defendants") Motion for a More Definite Statement and/or Alternatively to Dismiss Portions of First Amended Complaint and dismissed Counts 13, 16, 20, 24, 25, and 26 of the First Amended Complaint;

    WHEREAS on April 16, 2014, the Court granted Defendants' Motion for Summary Judgment and/or Adjudication of Issues on First Amended Complaint with respect to Counts 1 through 12, 14, 15, 17, 18, 19, 21, 22, and 23, which were the remaining Counts in the First Amended Complaint, based on its

determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on all remaining Counts alleged against them,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Susan Soares shall recover nothing from any of the named Defendants;

2. Defendants City of Redondo Beach (erroneously named as two separate parties, the City of Redondo Beach and the Redondo Beach Police Department), Officer Robert Carlborg (erroneously sued as Rogert Carlborg), and Officer Jim Booth shall have judgment in their favor on Plaintiff's entire action; and

3. Defendants City of Redondo Beach (erroneously named as two separate parties, the City of Redondo Beach and the Redondo Beach Police Department), Officer Robert Carlborg (erroneously sued as Rogert Carlborg), and Officer Jim Booth shall recover from Plaintiff Susan Soares their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: April 16, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2